UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:22-CR-162-1M

| United States of America | ) | JUDGMENT |
|---|---|---|
| v. | ) | |
| Lamario Hardnett | ) | |

On September 16, 2015, Lamario Hardnett appeared before the Honorable Robert N. Scola, Jr. United States District Judge in the Southern District of Florida, and upon a finding of guilt by jury to Conspiracy to Engage in Sex Trafficking of a Minor, in violation of 18 U.S.C. § 1594(c) was sentenced to the custody of the Bureau of Prisons for a term of 100 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 180 months upon release from imprisonment. Lamario Hardnett was released from custody and the term of supervised release commenced on May 16, 2022. Jurisdiction of this case was transferred to the Eastern District of North Carolina on July 11, 2022.

From evidence presented at the revocation hearing on September 16, 2024, the court finds as a fact that Lamario Hardnett, who is appearing before the court, has violated the terms and conditions of the judgment as follows:

1. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of time served.

**IT IS FURTHER ORDERED** that the defendant be placed on supervised release for the remainder of the previously imposed term under the same special and standard conditions as previously imposed, along with the following special condition:

1. The defendant shall participate in the form of location monitoring indicated below for a period not to exceed 60 consecutive days, and follow monitoring procedures specified by the supervising officer which shall be utilized for the purposes of verifying compliance with any court-imposed condition of supervision. The defendant shall submit to standalone GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

SO ORDERED this 17th day of September, 2024.

Richard E. Myers II
Chief United States District Judge