UNITED STATES DISTRICT COURT  
for the  
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lamario Hardnett Docket No. 5:22-CR-162-1M

### Petition for Action on Supervised Release

COMES NOW Marisa D. Watson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lamario Hardnett, who, upon an earlier plea of guilty to Conspiracy to Engage in Sex Trafficking of a Minor, in violation of 18 U.S.C. § 1594(c), was sentenced by the Honorable Robert N. Scola, U.S. District Judge, in the Southern District of Florida, on September 16, 2015, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 180 months. Lamario Hardnett was released from custody on May 16, 2022, at which time the term of supervised release commenced. On July 11, 2022, jurisdiction of this case was transferred to the Eastern District of North Carolina.

On September 16, 2024, the defendant's term of supervised release was revoked due to failing to notify his officer within seventy-two hours of being arrested or questioned by law enforcement. He was sentenced to time served and placed on a term of supervised release for the remainder of the previously imposed term. Additionally, the defendant was placed on location monitoring for a period of 60 days.

On June 29, 2025, a Motion for Revocation was filed with the court and a warrant was issued. He was subsequently arrested on July 18, 2025. The defendant presented for his initial appearance on July 22, 2025, and was remanded into custody pending his detention hearing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At his detention hearing on July 25, 2025, the court ordered that the defendant participate in the location monitoring program pending his final revocation hearing. At this time, the order does not clarify which component of the location monitoring program should be used. The Probation Office is recommending that the court modify the conditions of release to include standalone monitoring (least restrictive) as directed by the probation officer.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to standalone monitoring as directed by the probation office pending his final revocation hearing. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Lamario Hardnett**
**Docket No. 5:22-CR-162-1M**
**Petition For Action**
**Page 2**

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Marisa D. Watson
Marisa D. Watson
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8690
Executed On: August 1, 2025

## ORDER OF THE COURT

Considered and ordered on August 1, 2025 . It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge

**Lamario Hardnett**
**Docket No. 5:22-CR-162-1M**
**Petition For Action**
**Page 3**

**FOR JUDGE'S VIEW ONLY**

**DO NOT FILE**



**Lamario Hardnett**
**Docket No. 5:22-CR-162-1M**