IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00162-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAMARIO HARDNETT,

    Defendant.

This matter comes before the court on the United States' Motion to Unseal Second Amended Motion for Revocation [DE 51]. For good cause shown and in accordance with Local Criminal Rule 55.2, the court GRANTS the motion. The Clerk of the Court shall remove from restriction (or, "unseal") the motion filed at DE 44.

SO ORDERED this __23d__ day of January, 2026.

                                              RICHARD E. MYERS II
                                              CHIEF UNITED STATES DISTRICT JUDGE